**Michele MARCHESE & Jesse Del Bono, Appellants,**

v.

**UNITED STATES of America, Appellee.**

**No. 16151.**

United States Court of Appeals
Ninth Circuit.

April 15, 1959.

Cornell Ridley, Morris Lavine, Los Angeles, Cal., for appellants.

Laughlin E. Waters, U. S. Atty., Bruce A. Bevan, Jr., Robert John Jensen, Asst. U. S. Attys., Los Angeles, Cal., for appellee.

Before CHAMBERS, BARNES and JERTBERG, Circuit Judges.

PER CURIAM.

The judgment of the United States District Court for the Southern District of California is affirmed.

The order admitting defendants to bail is revoked effective immediately. This order of revocation is without prejudice to the defendants moving in the district court for bail in the light of the changed circumstance of affirmance. In the present condition of the case, this court deems existing bail too low.

**AHMED TAHIR, Appellant,**

v.

**John M. LEHMANN, District Director, Immigration and Naturalization Service, Appellee.**

**No. 13611.**

United States Court of Appeals
Sixth Circuit.

Feb. 23, 1959.

Henry C. Lavine, Cleveland, Ohio, for appellant.

Russell E. Ake, G. W. Morrison, U. S. Attys., Cleveland, Ohio, for appellee.

Before MARTIN, Chief Judge, and MATHES and SHELBOURNE, District Judges.

PER CURIAM.

This cause came on to be heard on the appeal of the petitioner, Ahmed Tahir, from denial by the district court of his petition to review an order of deportation entered pursuant to the Immigration and Naturalization Act.

After consideration of the record and the briefs and oral arguments of attorneys for the contending parties, we are of opinion that the order of the district court is correct and that its judgment should be affirmed for the reasons stated in the succinct and clear-cut memorandum opinion of the United States District Judge. 171 F.Supp. 589.